440 A.2d 1243

Commonwealth v. Thomas, Appellant.

Submitted January 21, 1981.   Irwin L. Gross, for appellant;   Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of Judge Richard B. Klein.